**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

INTEROFFICE MEMORANDUM



FILED

MAR 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

TO:     Amanda Souvannarath, Courtroom Clerk
of the Honorable Morrison C. England, Jr.

FROM:   Wendy E. Reyes
United States Probation Officer

DATE:   March 29, 2006

SUBJECT:   Tadarius MATHIS
Docket Number: 2:05CR00470-01
**JUDGMENT AND SENTENCING CONTINUANCE**

---

The above matter is scheduled for judgment and sentencing on April 4, 2006. Based on changes to the original draft presentence report in this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---:|
| Judgment and Sentencing date: | 05/16/2006; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | 05/09/2006; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | 05/02/2006; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | 04/25/2006; |
| The proposed presentence report shall be disclosed to counsel no later than: | 04/11/2006. |

Reviewed by: _____
              **Karen A. Meusling**
              Supervising United States Probation Officer

WR:sa

cc:   Jason S. Hitt, Assistant United States Attorney
      Linda C. Harter, Defense Counsel