PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:**             Tadaris MATHIS

**Docket Number:**             2:05CR00470-01

**Offender Address:**          Rancho Cordova, California

**Judicial Officer:**          Honorable Morrison C. England, Jr.
                               United States District Judge
                               Sacramento, California

**Original Sentence Date:**    05/16/2006

**Original Offense:**          18 USC 922(g)(1) - Felon in Possession of a Firearm
                               (CLASS C FELONY)

**Original Sentence:**         57 Months custody Bureau of Prisons; 3 years Supervised
                               Release; $100 special assessment.

**Special Conditions:**        Warrantless search; Substance abuse testing, treatment, and
                               services co-payment; Cellular telephone restrictions;
                               Collection of DNA.

**Type of Supervision:**       Supervised Release

**Supervision Commenced:**     12/24/2009

**Assistant U.S. Attorney:**   Jason S. Hitt                **Telephone:** 916-554-2700

**Defense Attorney:**          Linda C. Harter              **Telephone:** 916-498-5700
                               Chief Assistant Federal Defender

**Other Court Action:**        None

RE:   **Tadaris MATHIS**
      **Docket Number:   2:05CR00470-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      ILLICIT DRUG USE (MARCH 28, 2010) - COCAINE**

**Details of alleged non-compliance:**  On March 28, 2010, the releasee submitted a urine sample which tested positive for cocaine. When confronted with the results of this test, the releasee stated he was at a bar when someone offered him cocaine, so he used it.

**United States Probation Officer Plan/Justification:**  Upon release from custody the releasee declined substance abuse counseling services. This was appropriate at the time since the releasee was a graduate of the Bureau of Prisons 500-hour treatment program. Because the releasee relapsed, he was immediately referred to the federal offenders substance abuse group counseling program. He has actively participated in group counseling and has not tested positive for any illegal substances since the date of the incident. Based on his positive adjustment to this violation, no formal Court action is recommended at this time.

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **Tadaris MATHIS**
      **Docket Number:  2:05CR00470-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**


Respectfully submitted,


/s/ Dayna D. Ward


**DAYNA D. WARD**
**Senior United States Probation Officer**
Telephone:  916-786-2989


**DATED:**    June 10, 2010
             Roseville, California
             DDW:jc


**REVIEWED BY:**        /s/ Terence E. Sherbondy
                    **TERENCE E. SHERBONDY**
_____**Supervising United States Probation Officer**


---

**THE COURT ORDERS:**

(XX)  The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At
      This Time.


( )   Submit a Request for Modifying the Conditions or Term of Supervision.


( )   Submit a Request for Warrant or Summons.


( )   Other:


 **Dated:  June 14, 2010**

                              _____
                              **MORRISON C. ENGLAND, JR.**
                              **UNITED STATES DISTRICT JUDGE**

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

**RE:    Tadaris MATHIS**
       **Docket Number:   2:05CR00470-01**
       **<u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


cc:    United States Probation
       Jason S. Hitt, Assistant United States Attorney
       Linda C. Harter, Chief Assistant Federal Defender

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG